STATE OF NEW JERSEY v. TERRY DUNSCOMB.

June 12, 1984.

Petition for certification denied.

WILLIAM MORRIS v. UNSATISFIED CLAIM & JUDGMENT
FUND BOARD v. WILLIAM MUSE.

June 12, 1984.

Petition for certification denied.

ABRAHAM SERUYA v. ST. PAUL FIRE AND MARINE
INSURANCE COMPANY.

June 12, 1984.

Petition for certification denied.

GORDON R. HIGLEY v. RYUH OK HIGLEY.

June 12, 1984.

Petition for certification denied.